**Opinion issued January 24, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00053-CR

———————————

## IN RE JASON RAY BOUCHARD, Relator

---

### Original Proceeding on Petition for Writ of Prohibition

---

### MEMORANDUM OPINION

Relator, Jason Ray Bouchard, has filed, pro se, an application for writ of prohibition,[1] stating that he is competent to stand trial. He requests an order that his trial setting not be delayed, and he be allowed to proceed pro se in the appellate process while maintaining his legal representation before the trial court.

---

[1] The underlying case is *State of Texas v. Jason Ray Bouchard*, No. 1245909, in the 178th District Court of Harris County, Texas, the Honorable David Mendoza presiding.

Relator is represented by counsel. He is not entitled to hybrid representation. *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981).

Accordingly, we **deny** the petition for writ of prohibition.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish. TEX. R. APP. 47.2(b).